1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RAUL ALVAREZ  HERNANDEZ                No.  2:16-cv-2472 GGH P

12                    Petitioner,

13         v.                                ORDER

14   STU SHERMAN, Warden,

15                    Respondent.

16

17    Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus

18   pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma pauperis affidavit or

19   paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner will be

20   provided this *last* opportunity to either submit the appropriate affidavit in support of a request to

21   proceed in forma pauperis or submit the appropriate filing fee.

22

23         In accordance with the above, IT IS HEREBY ORDERED that:

24         1.  Petitioner shall submit, within thirty days from the date of this order, an affidavit in

25   support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's

26   failure to comply with this order will result in a recommendation that this action be dismissed;

27   and

28                                         1

1        2.  The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis

2    form used by this district.

3    Dated: November 16, 2016

4                                        /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE
5

6

7    hern2472.101a

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28