UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL ALVAREZ HERNANDEZ,<br><br>Petitioner,<br><br>v.<br><br>STU SHERMAN, Warden,,<br><br>Respondent. | No. 2:16-cv-02472 MCE GGH<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed a Motion to Proceed In Forma Pauperis. (ECF10). Examination of the affidavit reveals petitioner is unable to afford the costs of this action. Accordingly, leave to proceed in forma pauperis is GRANTED. 28 U.S.C. § 1915(a).

Dated: December 5, 2016

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

Hern.2472.ifp

1