IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAUL ALVAREZ HERNANDEZ,** | 2:16-cv-2472-MCE-GGH |
| Petitioner, | [~~PROPOSED~~] **ORDER** |
| v. | |
| **STU SHERMAN, Warden,,** | |
| Respondent. | |

Good cause appearing, IT IS HEREBY ORDERED THAT Respondent's response to Petitioner's petition for writ of habeas corpus be filed on or before January 29, 2017.

Dated: December 29, 2016

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

SA2016302453
32692935.doc

1